IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                   No. 1:15-cr-10066-JDB-1

RICKY WADE, JR.,

    Defendant.

_____

ORDER DIRECTING CLERK TO DOCKET DEFENDANT'S FILING AS MOTION
AND
DIRECTING GOVERNMENT TO RESPOND
_____

    Before the Court is the pro se filing of the Defendant, Ricky Wade, Jr., entitled "Statement of Facts," seeking relief under *Erlinger v. United States*, 602 U.S. 821 (2024), and *United States v. Cogdill*, 130 F.4th 523 (6th Cir. 2025). (Docket Entry 102.) The Clerk is DIRECTED to docket the filing as a motion and the Government is DIRECTED to respond to the motion within thirty days of the entry of this order.

    IT IS SO ORDERED this 24th day of April 2025.

                                                          s/ J. DANIEL BREEN
                                                          UNITED STATES DISTRICT JUDGE